FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 20 2017

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:17CR00111-24 JM |
| | ) | |
| | ) | **UNDER SEAL** |
| RACHEL ELIZABETH MOORE | ) | |

## AMENDED MOTION TO REVOKE

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney, moves to revoke defendant Rachel Elizabeth Moore's pretrial release and, in support of its motion, states:

1. The defendant was placed on pretrial release supervision on May 26, 2017.

2. On August 21 and 25, 2017, the defendant submitted urine specimens, which tested and confirmed positive for amphetamine and methamphetamine. On August 25, 2017, the defendant admitted to using methamphetamine on August 20 and 23, 2017.

3. On August 28, 2017, the defendant submitted a urine specimen, which tested and confirmed positive for opiates and was confirmed diluted by Alere Laboratories. On September 8, 2017, the defendant admitted to using heroin on August 26, 2017, and signed an admission form.

4. On September 12, 2017, the defendant submitted a urine specimen, which was confirmed diluted by Alere Laboratories.

5. On September 20 and 25, 2017, the defendant failed to report for scheduled drug testing.

6. On September 20, October 4, 5, 6, 10, and 11, 2017, the defendant failed to report for substance abuse treatment as instructed.

1

7. On November 14, 2017, the defendant violated the conditions of her supervised release when she absconded from supervision.

**WHEREFORE**, based on the foregoing, the Government respectfully requests that a warrant be issued and the defendant appear before this court to show cause why her conditions of release should not be revoked.

    Respectfully submitted,

    CODY HILAND
    United States Attorney

    By: *[signature]*
    /s/ Benecia B. Moore
    By: BENECIA B. MOORE
    Assistant United States Attorney
    Bar # 2006050
    P. O. Box 1229
    Little Rock, Arkansas 72203
    501-340-2600
    Benecia.Moore@usdoj.gov