**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.                         NO. 4:17CR00111-24 DPM**

**RACHEL ELIZABETH MOORE**

**DETENTION ORDER**

The Defendant appeared with counsel on March 20, 2018 for a pre-trial revocation hearing. The government moved for detention. The defendant admitted to the allegations in the pre-trial revocation petition and did not contest detention. The Court finds there are no conditions or combination of conditions of release to reasonably ensure the appearance of the defendant. Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 20th day of March, 2108.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE