Court Session Worksheet
Case #: CR-16-36

Arrangement - City of Sheridan
01:30 PM Tuesday, September 27, 2016

Jurisdiction: City of Sheridan

| Name: | Moore, Rachel Elizabeth | DOB: | Ht: 0.00 | Race: White | SSN: | Home: |
| | | Age: 28 | Wt: 0 | Sex: Female | DL #: AR/ | Work: |
| Addr: | , Little Rock, Arkansas 72205 | | | | Employer: | |

| T/P Contract #: | Start Date: | Freq: | Min Amt: | Last Pay Date: | Pay By Date: | Balance: | Status: |

☐ Defendant: Moore, Rachel Elizabeth    ☐ Dfns Atty(P):    ☐ Officer(P): Thomas, Mike

Events:
| 01/20/16 | Charge Document# 063739 filed 01/20/16. Initial Assessment for $225.00 of Fine; $100.00 of Cost; Fees of ($20.00 for Act 1336;$20.00 for County Jail Fee;) for Total Fees of $40.00 ; for a Total Amount of $365.00. |
| 01/20/16 | Initially Set for Arraignment on Tue 01/26/16 at 01:30 PM. |
| 03/28/16 | In Court ( Arraignment On 01/26/16) Defendant ( Moore, Rachel E ) Was Not Present. |
| 03/28/16 | In Court ( Arraignment on 01/26/16) Judge ( Allen, J Larry) Orders Failure to Appear Warrant and DL Suspension for Defendant.  Prosecutor ( Shirron, Stephen L) present. |
| 05/19/16 | Case Scheduled for Arraignment on 05/24/16. |
| 05/19/16 | Failure To Appear Warrant Served by Warrant, W on 05/19/16. |
| 05/25/16 | In Court ( Arraignment On 05/24/16) Defendant ( Moore, Rachel E ) Was Not Present. |
| 05/25/16 | In Court ( Arraignment on 05/24/16) Judge ( Allen, J Larry) Orders Failure to Appear Warrant and DL Suspension for Defendant.  Prosecutor ( Shirron, Stephen L) present. |
| 05/26/16 | Hearing Scheduled to 09/27/16 ( Show Cause Hearing). |
| 09/27/16 | Case Scheduled for Arraignment on 09/27/16. |
| 09/27/16 | Failure To Appear Warrant Served by Warrant, W on 09/27/16. |

Chrg Doc#: 063739   Viol Date: 12/05/15   BAC: 0.000   Speed: 0 / 0   Seatbelt: No   Accident: No   Type: Traffic Citation   Filing Date: 01/20/16
Location:                                                      Comments:



STATE OF ARKANSAS
COUNTY OF GRANT
CITY OF SHERIDAN
I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL INSTRUMENT FILED IN THE GRANT COUNTY DISTRICT COURT ON 9/27 20 16
BY [signature] DC CLERK

## Court Session Worksheet
Case #: CR-16-36

Arraignment - City of Sheridan  
01:30 PM Tuesday, September 27, 2016

**Jurisdiction:** City of Sheridan  
Moore, Rachel E

**Charge:** (1st) Shoplifting

| Plea: | Find: | Disp: | Fine: $225.00 | Cost: $100.00 | Fees: $40.00 | Rest: $0.00 | Adj: $0.00 | Paid: $0.00 | Bal: $365.00 |

**Advised Rights:** Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense — Enhanced Penalties Explained For Subsequent Offenses  
**Waived Rights:** Waives Right To Counsel with Signed Waiver — Plea Statement — Waives Right To Speedy Trial  
Court Appoints Public Defender — Assess Public Defender User Fee of $____  
Court Provides Interpreter — Assess Court Interpreter Fee of $____

**Plea:** [✓] G  [ ] NG  [ ] NC  [ ] DM ( [ ] With [ ] Without ) Prejudice  
**Finding:** [✓] G  [ ] NG  [ ] NP  [ ] Bond Forfeiture  [ ] Probation  
**Disposition:** [✓] Finding Entered  [ ] 1st Offender Program  [ ] Deferred Sentence  
[ ] Under Advisement  [ ] Other _____  
[ ] Deferred Adjudication

**DM Reason:** [ ] Improper Filing  [ ] Lack of Evidence  [ ] Officer Not Present  [ ] Lack of Jurisdiction  [ ] Witness Not Present  [ ] Merged  [ ] Other _____

**Comments:** _____

**Orders:**
- Fine: $225.00
- Cost: $100.00
- Restitution: $
- Fees: $40.00
- Seat Belt Credit: $
- Total: $
- Jail: ____ H-D-M-Y
- Jail Suspended: ____ H-D-M-Y
- Jail Credit Time Served: ____ H-D-M-Y
- Jail Time To Be Served: ____ [ ] Consecutively [ ] Concurrently
- S.I.S. - Jail: ____
- S.I.S. - Fine: $____ H-D-M-Y
- D.L. Susp: ____ H-D-M-Y
- D.D. School: ____ H-D-M-Y
- D.W.I. School: ____ H-D-M-Y
- Comm. Service: ____ H-D-M-Y
- Work Program: ____ H-D-M-Y
- FTA: [ ]
- FTA Bond Set At: $____
- Cash Bond Only: [ ]
- Transfer Felon: [ ]
- Ignition Interlock: [ ]
- T/P Eligible: [ ]

**Comments:** Arr. 9-27-16 / 6 mo PTP

**Re-Schedule:** Date: __/__/__  Time: _____  
[ ] Per Court  [ ] Per Defense  [ ] Per Prosecution  
**Type:** [ ] Arraignment [ ] Bench Trial [ ] Jury Trial [ ] Review Hearing  
[ ] Show Cause [ ] Sentencing _____ Hearing