

**U.S.A. v. Rachel Moore 4:17-00111 (24)**
Joe R. Perry   to: clerksoffice                                        10/12/2018 03:04 PM
Please respond to "Joe R. Perry"

History:        This message has been forwarded.

1 attachment



Moore, Rachel - redacted docket sheet.pdf


Tammy

Here is Exhibit A to the Objection to Presentence Report (Doc. 662) we discussed.

Thank you for your help and have a good weekend.

Joe

Joe R. Perry
Daggett & Perry, PLLC
P.O. Box 389
Marianna, AR 72360
870-295-3434 Ext. 20
870-295-3445 Fax