FOR THE UNITED STATES DISTRICT COURT
IN THE STATE OF ARKANSAS
EASTERN DISTRICT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RACHEL ELIZABETH MOORE   )
                         )
V.                       )  Docket No.  4:17 CR 111-24
                         )
UNITED STATES OF AMERICA )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MOTION TO REDUCE SENTENCE UNDER 3582 (c)(2)
BASED ON A SENTENCED RANGED LOWERED BY
THE SENTENCING COMMISSION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Under 3582 (c)....it states that a court may not modify a term of imprisonment once it has been imposed. It admonishes that there are certain exceptions for which the court can modify a sentence. In a case of a defendant who has been sentenced to a term of imprisonment based upon a sentencing range that has been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant ......or on its own motion, the court may reduce the term of imprisonment after considering the factors set forth in section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

On December 21, 2018, the 115th Congress of the United States at the Second Session enacted by the Senate and House of Representatives, the First Step Act was decided. Under Title IV Sec. 402, the language of the safety valve was amended. It states that.....the defendant qualifies if he or she  (a) does not have more than 4 criminal history points, excluding any criminal points, resulting from a 1 point offense as determined under the Sentencing Guidelines; (b) a prior 3 point offense as determined

under the guidelines.

Comes now the defendant, Rachel Moore, pro-se, requesting that this Honorable Court and the United States Government to review her request under the provisions set forth under the First Step Act. Moore was sentenced on November 28, 2018 to a term of 120 months imprisonment which resulted from a mandatory minimum guideline range for conspiracy to possess with intent to distribute heroin. At sentencing, the court and the prosecutor felt that their hands were tied due to the mandatory sentence that had to be imposed its mandatory nature.

Moore's sentence was imposed approximately 3 weeks before the First Step Act became law. Had her sentence been extended and additional 3 weeks she would hae reaped the benefits of the safety valve provision associated with the First Step Act (FSA). At this time, we are uncertain as to whether it will become retroactive, however, due to several factors under 3553(a), Moore believes that the sentence imposed upon her does not achieve the goals set by Congress..the same Congress that decided upon the FSA.

Because of this court's prior willingness to apply the safety valve that would lower her sentence, she believes that a determination could now be made on whether or not the FSA should apply to her. The wording involved in 28 U.S.C. §994(o) implies that she may qualify for a sentence reduction to the expansion of the safety valve which would subsequently lower her sentence, by the Sentencing Commission. Congress appoints the Sentencing Commission and because the FSA was decided by the 115th Congress a sentence reduction applies based on the verbiage in 994(o).

## CONCLUSION

Based on her argument to this court and the factor set under 3553(a), she prays that this court and the government finds favorin her request and grants relief by sentencing her to a term of imprisonment below her mandatory minimum of 120 months.

Respectfully Submitted,

*Rachel Moore*

Rachel Moore- Pro-Se

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that the attached motion was sent through this prison mailbox system on the 22nd day of July, 2019, to the United States District Court in the Eastern District of Arkansas.

*Rachel Moore*
Rachel Moore