# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **4:17-CR-00111-24-JM**

**RACHEL ELIZABETH MOORE**

## ORDER

Defendant's Motion to Reduce Sentence Based on the First Step Act of 2018 (Doc. No. 783) is DENIED.

Defendant requests a sentence reduction based on the First Step Act's changes to the "safety valve" requirements.   However, Section 402 – Broadening of Existing Safety Valve – specifically sets out: "APPLICABILITY.—The amendments made by this section shall apply only to a conviction entered on or after the date of enactment of this Act."[1]  Because Defendant pled guilty on July 26, 2018 and was sentenced on November 28, 2018,[2]  she is not entitled to a sentence reduction under the First Step Act.

IT IS SO ORDERED this 30th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pub. L. No. 115-391, 132 Stat. 5194 (2018)

[2] Doc. Nos. 604, 688.